Kris B. Pedersen, #184804
Rhea Ikemiya, #267136
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Plaintiffs,
    LEONARD C. HERR, JR. and DEBORAH GIANNI

FILED
JUN 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD C. HERR, JR., and DEBORAH GIANNI<br><br>Plaintiffs,<br>v.<br><br>JOHN MOLPUS and REBECCA MOLPUS,<br><br>Defendants. | Case No: 1:13-CV-00372-AWI-MJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO THE COURT, THE PARTIES HEREIN AND THEIR ATTORNEY OF RECORD:**

  PLEASE TAKE NOTICE that Plaintiffs, Leonard C. Herr and Deborah Gianni, by and through their counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure voluntarily dismisses with prejudice the claims against Defendants, John Molpus and Rebecca Molpus, as set forth in the Complaint for Damages and Demand for Jury Trial in the above-captioned action.

///
///
///
///

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

1  Defendants have not served an answer or motion for summary judgment in
2  the action.
3  Each party to bear its own attorney fees and costs.
4
5                          Respectfully submitted,
6  DATED: March __, 2013    DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY, LLP
7
8              By: ___/s/Kris B. Pedersen_____
                    KRIS B. PEDERSEN
                    Attorney for Plaintiffs,
9                   LEONARD C. HERR, JR. and
                    DEBORAH GIANNI
10

*Granted* [signature] 6-25-13

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-